Certificate Number: 05781-AK-DE-041436623

Bankruptcy Case Number: 26-00224

05781-AK-DE-041436623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2026, at 4:11 o'clock PM PDT, Nellie Scott completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Alaska.

Date: September 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President